3284.   HENDERSON *v.* DE MEDICIS.

HILL, C. J. The possession of the personal property described in the possessory warrant was not acquired by the defendant by any of the modes set forth in section 5371 of the Civil Code (1910), and a judgment in favor of the plaintiff was for that reason unauthorized, and, on certiorari, the court properly set it aside and rendered final judgment in favor of the defendant. *Dennard* v. *Butler*, 2 *Ga. App.* 198 (58 S. E. 297); *Brown* v. *Todd*, 124 *Ga.* 939 (53 S. E. 687).

*Judgment affirmed.*

DECIDED DECEMBER 19, 1911.

Certiorari; from Richmond superior court—Judge H. C. Hammond. January 20, 1911.

*B. B. McCowen,* for plaintiff.

*Pierce Brothers,* for defendant.